In the Matter of WESTERN ELECTRIC COMPANY, INCORPORATED, Respondent, for an Order Staying Arbitration. COMMUNICATIONS WORKERS OF AMERICA, INSTALLATION DIVISION No. 6, C. I. O., Appellant.

Argued October 4, 1950; decided October 19, 1950.

*Abraham Weiner, Henry Mayer* and *Irwin Panken* for appellant.

*William J. Butler* and *Peter M. Brown* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.